# EXHIBIT A-1

00002284: Non-numeric where numeric required, zero used at line 363 of CV.PLEADINGS.PRT

**UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY**

**CAUSE # 2024-05-35553-CV**

**REPRESENTATIVE OF THE ESTATE OF A.G  ATTORNEY: RODRIGUEZ JR, FIDEL**
                                        231 W. CYPRESS ST.
                                        SAN ANTONIO, TX 78212
                                        (000)000-0000

--VS.--

| | |
|---|---|
| DANIEL DEFENSE, LLC | ATTORNEY: |
| DANIEL DEFENSE HOLDINGS, LLC | ATTORNEY: |
| M.C. DANIEL GROUP, INC. | ATTORNEY: |
| FIREQUEST INTERNATIONAL, INC. | ATTORNEY: |
| FLASH CO., INC. | ATTORNEY: |
| EOTECH, LLC | ATTORNEY: |
| PROJECT ECHO HOLDINGS, LLC D/B/A AM | ATTORNEY: |
| KOUCAR MANAGEMENT, LLC | ATTORNEY: |
| OASIS OUTBACK, LLC | ATTORNEY: |

CAUSE OF ACTION: PROD LIAB-OTHER
FILE DATE: 05/28/2024

| DATE | NATURE OF PROCEEDINGS<br>REMARKS | AMOUNT | USER |
|---|---|---|---|
| 05/28/2024 | ORIGINAL PETITION CIVIL<br>PET-PETITION FILING CODE CHOSEN, PLAINTIFF'S ORIGINAL PETITION, PLEASE CONTACT<br>DAMARIS RAMIRO AT: DRAMIRO@FIDRODLAW.COM WITH ANY QUESTIONS REGARDING THIS<br>EFILING OR BY CALLING ME AT: 210-777-5555. | $350.00 | KSENDEJO |
| 05/28/2024 | LEAD ATTACHMENT<br>CIVIL CASE INFO SHEET - FINAL.PDF | $0.00 | KSENDEJO |
| 05/28/2024 | RECEIPT ISSUED<br>234441 | $350.00 | KSENDEJO |
| 05/28/2024 | ISSUE CITATION | $72.00 | AVERA |
| 05/28/2024 | NO FEE DOCUMENTS<br>CIVIL PROCESS REQUEST, PLEASE CONTACT ROZALYNN RAMIREZ AT: RRAMIREZ@FIDRODLAW.COM<br>WITH ANY QUESTIONS REGARDING THIS EFILING OR BY CALLING ME AT: 210-777-5555.<br>***CLERK PLEASE NOTE:*** PLEASE RETURN THE REQUESTED CITATIONS TO ME VIA MAIL:<br>231 WEST CYPRESS ST., SAN ANTONIO, TEXAS 78212. THANK YOU. | $0.00 | AVERA |
| 05/28/2024 | RECEIPT ISSUED<br>213464 | $72.00 | AVERA |
| 05/28/2024 | CITATION ISSUED<br>CITATION ISSUED ON DANIEL DEFENSE LLC | $0.00 | AVERA |
| 05/28/2024 | CITATION ISSUED<br>CITATION ISSUED ON DANIEL DEFENSE HOLDINGS LLC | $0.00 | AVERA |
| 05/28/2024 | CITATION ISSUED<br>CITATION ISSUED ON M.C. DANIEL GROUP INC. | $0.00 | AVERA |

| 05/28/2024 | CITATION ISSUED | $0.00 | AVERA |

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35553-CV

=========================================================================================

CAUSE OF ACTION: PROD LIAB-OTHER
FILE DATE: 05/28/2024

=========================================================================================

| DATE | NATURE OF PROCEEDINGS<br>REMARKS | AMOUNT | USER |
|------|----------------------------------|--------|------|
| | CITATION ISSUED ON FIREQUEST INTERNATIONAL INC. | | |
| 05/28/2024 | CITATION ISSUED<br>CITATION ISSUED ON FLASH CO. INC. | $0.00 | AVERA |
| 05/28/2024 | CITATION ISSUED<br>CITATION ISSUED ON EOTECH LLC | $0.00 | AVERA |
| 05/28/2024 | CITATION ISSUED<br>CITATION ISSUED ON PROJECT ECHO HOLDINGD LLC DBA AMERICAN HOLOPTICS | $0.00 | AVERA |
| 05/28/2024 | CITATION ISSUED<br>CITATION ISSUED ON KOUCAR MANAGEMENT LLC | $0.00 | AVERA |
| 05/28/2024 | CITATION ISSUED<br>CITATION ISSUED ON OASIS OUTBACK, LLC | $0.00 | AVERA |
| 05/30/2024 | JURY FEE | $10.00 | KGARZA |
| 05/30/2024 | NO FEE DOCUMENTS<br>NO FEE DOCUMENTS, PLEASE CONTACT ROZALYNN RAMIREZ AT: RRAMIREZ@FIDRODLAW.COM WITH ANY QUESTIONS REGARDING THIS EFILING OR BY CALLING ME AT: 210-777-5555. | $0.00 | KGARZA |
| 05/30/2024 | RECEIPT ISSUED<br>213476 | $10.00 | KGARZA |
| 06/05/2024 | NO FEE DOCUMENTS<br>RETURN OF SERVICE OF CITATION TO DANIEL DEFENSE HOLDINGS, LLC | $0.00 | KSENDEJO |
| 06/05/2024 | NO FEE DOCUMENTS<br>RETURN OF SERVICE OF CITATION TO EOTECH, LLC | $0.00 | KGARZA |
| 06/05/2024 | NO FEE DOCUMENTS<br>RETURN OF SERVICE OF CITATION TO DANIEL DEFENSE, LLC | $0.00 | AVERA |
| 06/05/2024 | NO FEE DOCUMENTS<br>RETURN OF SERVICE OF CITATION TO FIREQUEST INTERNATIONAL, INC. | $0.00 | AVERA |
| 06/05/2024 | NO FEE DOCUMENTS<br>RETURN OF SERVICE OF CITATION TO FLASH CO., INC | $0.00 | AVERA |
| 06/05/2024 | NO FEE DOCUMENTS<br>RETURN OF SERVICE OF CITATION TO KOUCARMANAGEMENT, LLC | $0.00 | AVERA |
| 06/05/2024 | NO FEE DOCUMENTS<br>RETURN OF SERVICE OF CITATION TO M.C.DANIEL GROUP, INC. | $0.00 | AVERA |

06/05/2024     NO FEE DOCUMENTS                                    $0.00   AVERA

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35553-CV

========================================================================

CAUSE OF ACTION: PROD LIAB-OTHER
FILE DATE: 05/28/2024

========================================================================

| DATE | NATURE OF PROCEEDINGS<br>REMARKS | AMOUNT | USER |
|---|---|---|---|

========================================================================

RETURN OF SERVICE OF CITATION TO PROJECT ECO HOLDING, LLC D/B/A AMERICAN HOLOPTICS

06/14/2024     NO FEE DOCUMENTS                                    $0.00   AVERA
AFFIDAVIT OF DUE DILIGENCE, PLEASE CONTACT ROZALYNN RAMIREZ AT:
RRAMIREZ@FIDRODLAW.COM WITH ANY QUESTIONS REGARDING THIS EFILING OR BY CALLING ME
AT: 210-777-5555.

06/14/2024     ISSUE CITATION                                     $16.00   AVERA

06/14/2024     NO FEE DOCUMENTS                                    $0.00   AVERA
CIVIL PROCESS REQUEST, PLEASE CONTACT ROZALYNN RAMIREZ AT: RRAMIREZ@FIDRODLAW.COM
WITH ANY QUESTIONS REGARDING THIS EFILING OR BY CALLING ME AT: 210-777-5555.
***CLERK PLEASE NOTE:*** A PRIVATE PROCESS WILL BE PICKING UP THE CITATIONS
IN-PERSON.

06/14/2024     RECEIPT ISSUED                                     $16.00   AVERA
213605

06/14/2024     CITATION ISSUED                                     $0.00   AVERA
CITATION ISSUED ON OASIS OUTBACK LLC

06/14/2024     CITATION ISSUED                                     $0.00   AVERA
CITATION ISSUED ON OASIS OUTBACK, LLC

06/26/2024     NO FEE DOCUMENTS                                    $0.00   KGARZA
RETURN OR SERVICE OF CITATION TO OASIS OUTBACK, LLC,

06/26/2024     NO FEE DOCUMENTS                                    $0.00   KGARZA
RETURN OF SERVICE OF CITATION TO OASIS OUTBACK, LLC,

TOTAL PLEADINGS LISTED: 34

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35546-CV

RUBIO, INDIVIDUALLY AS WRONGFUL DEA   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

RUBIO, INDIVIDUALLY AS WRONGFUL DEA   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

CAZARES, INDIVIDUALLY AS WRONGFUL D   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

CAZARES, INDIVIDUALLY AS WRONGFUL D   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

VELOZ, INDIVIDUALLY AND AS NEXT FRI   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

GARCIA, INDIVIDUALLY AS WRONGFUL DE   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

GARZA, AS REPRESENTATIVE OF THE EST   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

CERRILLO, INDIVIDUALLY AND AS NEXT    ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

RODRIGUEZ, INDIVIDUALLY AS WRONG DE   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

MATA, INDIVIDUALLY AS WRONGFUL DEAT   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

MATA, INDIVIDUALLY AND AS WRONGFUL    ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

RODRIGUEZ, INDIVIDUALLY AS WRONGFUL   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

GORNTO, INDIVIDUALLY AS WRONGFUL DE   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500

GARCIA, INDIVIDUALLY AS WRONGFUL DE   ATTORNEY: ROGIERS, ERIN JOYANNA
                                                875 E ASHBY PLACE
                                                SAN ANTONIO, TX 78212
                                                (210) 447-0500